IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| STEVEN C. FUSTOLO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 1:23-cv-11972 |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and U.S. BANK TRUST NATIONAL ASSOCIATION as Owner Trustee, | § § § § § § | |
| Defendants. | § § | |

## DEFENDANTS' REMOVAL NOTICE

Newrez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust (**Trustee**) remove the action Michael Fustolo filed in state court pursuant to 28 USC §§ 1331, 1332, and 1441 for the reasons set forth below.

## BACKGROUND

1. Steven Fustolo sued Shellpoint and Trustee on July 19, 2023, in the Suffolk County Superior Court case number 2384CV01651 styled *Steven C. Fustolo v. Newrez LLC d/b/a Shellpoint Mortgage Servicing, et al.* (Ex. 1, compl., at 1.) Mr. Fustolo claims defendants lack standing to foreclose, failed to properly verify his debt, and violated a federal bankruptcy stay by attempting to collect his debt. (*Id.* ¶¶ 1 & 7-45.) He asserts declaratory judgment, FDCPA, M.G.L. c. 93A, defamation, and slander of title claims and seeks "a declaration that Defendants are prohibited from foreclosing", "actual damages, costs, interest, and attorney's fees", and treble damages. (*Id.* ¶¶ 46-76.)

## FEDERAL QUESTION JURISDICTION

2. Under the "well-pleaded complaint rule," federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). The court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441 because Mr. Fustolo asserts FDCPA claims premised in part on federal bankruptcy law. (Ex. 1, compl. ¶¶ 41-44 & 54-58.)

## DIVERSITY JURISDICTION

3. The court has diversity jurisdiction under 28 U.S.C. § 1332 because (**1**) Mr. Fustolo is a Massachusetts citizen while Shellpoint is a Delaware and New York citizen and Trustee is a Delaware citizen and (**2**) the amount in controversy exceeds $75,000.

**A.     The real parties in interest are citizens of different states.**

4. Mr. Fustolo is a Massachusetts citizen because he domiciles there and evidenced no intent to leave. *Rodriguez-Diaz v. Sierra-Martinez*, 853 F.2d 1027, 1029 (1st Cir. 1988). Mr. Fustolo pled his Massachusetts residence. (Ex. 1, compl. ¶ 4.) He resided there since at least January 17, 2014, when he filed bankruptcy schedules listing his primary residence in Winchester, MA.[1] Mr. Fustolo since evidenced no intent to leave. *Rodriguez-Diaz*, 853 F.2d at 1029.

5. Shellpoint is a citizen of Delaware and New York for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c). Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are

---

[1] Shellpoint requests the court take judicial notice of Mr. Fustolo's bankruptcy schedules, filed as document no. 101 in *In re: Steven C. Fustolo*, No. 13-12692-JNF (D. Mass. Bankr. Jan. 17, 2014).

wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp., a Delaware corporation with a principal office in New York.

6. Trustee's citizenship controls as a trustee sued in its own name. *Americold Realty Tr. v. Conagra Foods*, 577 U.S. 378, 383 (2016). Trustee possesses customary powers as trustee to manage and dispose of trust assets and conduct litigation. *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 464 (1980). Trustee is a national banking association with a principal place of business in Delaware. Trustee is therefore a citizen of Delaware for purposes of diversity jurisdiction. 28 U.S.C. § 1348.

**B.      The amount in controversy exceeds $75,000.**

7. The amount in controversy exceeds $75,000 because Mr. Fustolo seeks equitable relief regarding a mortgage securing a $228,750 promise to repay. (Ex. 1, compl. at 33 (note at 1).) Mr. Fustolo requests the court, among other things, a declare defendants "do not validly hold the Mortgage and Note" and cannot foreclose. (Ex. 1, compl. at 14, WHEREFORE para.) When a plaintiff's "allegations in the complaint go to the essence of the validity of the mortgage and []right to foreclose, the face value of loan is the appropriate measure for the amount in controversy[.]" *Andrews v. HSBC Bank USA, N.A.*, 264 F. Supp. 3d 346, 348 (D. Mass. 2017). The mortgage here secures a $228,750 loan. (Ex. 1, compl. at 33 (note at 1).)

## REMOVAL REQUIREMENTS

8. Defendants timely remove this action within thirty days of receiving the complaint. 28 U.S.C. § 1446(b); *Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999). They will notify the state court of the removal and file certified copies of all docket entries, records, and proceedings in the state court action within 28 days. L.Rs. 5.4(f) & 81.1(a).

Defendants request the court exercise federal question and diversity jurisdiction over this matter.

Dated: August 28, 2023

Respectfully submitted,

Newrez LLC d/b/a Shellpoint Mortgage Servicing and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust

By its attorneys,

*/s/ R. Martin Dungan*
R. Martin Dungan; BBO #711969
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
Email: martin.dungan@akerman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, a true and correct copy of the foregoing was served as follows:

Joe D. Culik, Esq.
Dye Culik PC
1200 E. Morehead Street, Suite 260
Charlotte, NC 28204
**VIA CM/ECF, CERTIFIED MAIL**
**NO. 9414 7266 9904 2195 7070 42**
**AND REGULAR MAIL**

*/s/ R. Martin Dungan*
R. Martin Dungan