IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| STEVEN C. FUSTOLO, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No.: 1:23-cv-11972 |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and U.S. BANK TRUST NATIONAL ASSOCIATION as Owner Trustee, | § § § § § | |
| **Defendants.** | § § | |

## DEFENDANTS' REMOVAL NOTICE EXHIBIT INDEX

Plaintiff's complaint ..................................................................................................................1

State court civil action cover sheet ............................................................................................2

State court docket sheet ............................................................................................................3

1