# Exhibit 3

**2384CV01651 Fustolo, Steven C. vs. Newrez Llc D/B/A Shellpoint Mortgage Servicing et al**

- Case Type:
- Equitable Remedies
- Case Status:
- Open
- File Date
- 07/19/2023
- DCM Track:
- A - Average
- Initiating Action:
- Declaratory Judgment G.L. c. 231A
- Status Date:
- 07/19/2023
- Case Judge:
- 
- Next Event:
- 

**All Information**  **Party**  **Tickler**  **Docket**  **Disposition**

## Party Information

**Fustolo, Steven C.**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney<br>Culik, Esq., Joe D<br>Bar Code<br>672665<br>Address<br>Dye Culik PC<br>1200 E Morehead St Suite 260<br>Charlotte, NC  28204<br>Phone Number<br>(980)999-3557 |

**More Party Information**

**Newrez Llc D/B/A Shellpoint Mortgage Servicing**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

**U.s. Bank Trust National Association, Not IN Its Individual Capacity But Solely As Owner Trustee For Vrmtg Asset Trust**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 07/19/2023 | 10/17/2023 | 90 | |
| Answer | 07/19/2023 | 11/16/2023 | 120 | |
| Rule 12/19/20 Served By | 07/19/2023 | 11/16/2023 | 120 | |
| Rule 12/19/20 Filed By | 07/19/2023 | 12/18/2023 | 152 | |
| Rule 12/19/20 Heard By | 07/19/2023 | 01/16/2024 | 181 | |
| Rule 15 Served By | 07/19/2023 | 09/11/2024 | 420 | |
| Rule 15 Filed By | 07/19/2023 | 10/11/2024 | 450 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 15 Heard By | 07/19/2023 | 10/11/2024 | 450 | |
| Discovery | 07/19/2023 | 07/08/2025 | 720 | |
| Rule 56 Served By | 07/19/2023 | 08/07/2025 | 750 | |
| Rule 56 Filed By | 07/19/2023 | 09/08/2025 | 782 | |
| Final Pre-Trial Conference | 07/19/2023 | 01/05/2026 | 901 | |
| Judgment | 07/19/2023 | 07/20/2026 | 1097 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/19/2023 | Complaint electronically filed. | 1 | Image |
| 07/19/2023 | Civil action cover sheet filed. | 2 | Image |
| 07/19/2023 | Case assigned to:<br>DCM Track A - Average was added on 07/19/2023 | | |
| 07/19/2023 | Case assigned to:<br>DCM Track A - Average was added on 07/19/2023 | | |
| 07/24/2023 | Notice of 93A complaint sent to Attorney General | | Image |
| 08/07/2023 | Docket Note: Two summonses sent by mail | | |
| 08/22/2023 | Service Returned for<br><br>Applies To: Newrez Llc D/B/A Shellpoint Mortgage Servicing (Defendant) | 3 | Image |
| 08/22/2023 | Service Returned for<br><br>Applies To: U.s. Bank Trust National Association, Not IN Its Individual Capacity But Solely As Owner Trustee For Vrmtg Asset Trust (Defendant) | 4 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

For Land Court only: Name search is currently unavailable. Case type and case number searches are available. For a Land Court name search, contact the Land Court Recorder's Office at 617-788-7470. We apologize for the inconvenience ✖